UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Benjamin Elliott,

      Plaintiff,

v.                                                    Civil No. 15-1908 (JNE/JSM)
                                                   ORDER

Denese Wilson, Warden, et al.,

      Defendants.

In a Report and Recommendation dated December 8, 2015, the Honorable Janie S. Mayeron, United States Magistrate Judge, recommended that Plaintiff's Motion for Preliminary Injunction/Protective Order be denied as moot, that his Emergency Request for Immediate Injunction be denied as moot, and that his Motion for Summary Judgment be denied. No objection to the Report and Recommendation [Docket No. 55] has been received. The Court accepts the recommended denials of Plaintiff's motions and request. Therefore, IT IS ORDERED THAT:

1.     Plaintiff's Motion for Preliminary Injunction/Protective Order [Docket No. 9] is DENIED as moot.

2.     Plaintiff's Emergency Request for Immediate Injunction [Docket No. 48] is DENIED as moot.

3.     Plaintiff's Motion for Summary Judgment [Docket No. 48] is DENIED.

Dated: January 7, 2016

                                                                       s/Joan N. Ericksen
                                                                       JOAN N. ERICKSEN
                                                                       United States District Judge